MARGARET BOYLE, Respondent, v. SAMUEL KRAUT et al., Individually and as Copartners Doing Business under the Name of 5TH AVENUE PLUMBING SUPPLY

COMPANY, et al., Appellants. (Appeal No. 1.) — Action to recover damages for personal injuries sustained by plaintiff when a trolley car of defendant city, on which she was a passenger, collided with an automobile truck owned and operated by defendants Kraut. Judgment in favor of plaintiff, entered on the verdict of a jury, unanimously affirmed, with costs. No opinion. Present — Lewis, P. J., Johnston, Adel, Sneed and Wenzel, JJ.